IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John E. Schartiger,                          :
         Plaintiff                    :     Civil Action 2:07-cv-501

   v.                                        :     Judge Smith

Michael J. Astrue,                           :     Magistrate Judge Abel
Commissioner of Social Security,
         Defendant                    :

**ORDER**

This matter is before the Court on Magistrate Judge Abel's April 14, 2008 Report and Recommendation.  No objections have been filed to the Report and Recommendation.  The Court, having reviewed the record *de novo*, determines that this case must be remanded to the Commissioner for further proceedings consistent with the April 14, 2008 Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation.  This case is **REMANDED** to the Commissioner for further proceedings consistent with the April 14, 2008 Report and Recommendation.

This action is hereby **DISMISSED.**

                                          s/ George C. Smith
                                          George C. Smith
                                          United States District Judge